## KEDDESLIN v. MEYER.

### April 27, 1838.

*Rule to show cause why a plea should not be struck off.*

A plea of *coverture* of a female defendant, if not signed by her, but by attorney, is bad.

THE defendant, in this case, pleaded her *coverture* at the time of the making of the promises declared on by the plaintiff. The plea was signed by the defendant's attorney, and not by the defendant in person.

The plaintiff obtained a rule to show cause why the plea should not be struck off.

*H. Hubbell,* for the rule.
*Ingraham,* contra.

PER CURIAM.—A plea of *coverture* by a female defendant, whether in bar or in abatement should be signed by her in person. *Stephens on Pl.* 65; *Lawes on Pl.* 544, 545. The present plea is therefore insufficient.

Rule absolute.